GUIRIZINSKI, Appellant, v. AMERICAN RADIATOR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Bernhardt Guirizinski against the American Radiator Company. No opinion. Respondent precluded from being heard upon the appeal, unless its brief be filed and served by March 8th.

GUITERMAN v. DIXON. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Herbert M. Guiterman against Laurens P. Dixon. No opinion. Applications denied, with $10 costs. Orders signed.

GUTZMER, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Louise Gutzmer, an infant, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

HAECKER v. WITTEMAN Co. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Julius Haecker against the Witteman Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HALGREN, Appellant, v. HALGREN, Respondent. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Charles C. Halgren against Florence Rosa Halgren. No opinion. Order affirmed, with costs. See, also, 160 App. Div. 577, 145 N. Y. Supp. 987.

HALL, Appellant, v. GALBAN & CO., Respondents. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Joseph P. Hall against Galban & Co. F. Stewart, of New York City, for appellant. M. G. Holstein, of New York City, for respondents. No opinion. Order modified, as directed in order, and, as modified, affirmed, with $10 costs and disbursements to plaintiff. Order filed. See, also, 148 N. Y. Supp. 517.

HALSTED v. SIMMONS. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Florence Halsted against Julia G. Simmons. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

HARADON v. STANDARD OIL CO. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by William M. Haradon against the Standard Oil Company. No opinion. Application denied, with $10 costs. Order signed.

HARGRAVES, Respondent, v. WICKWIRE STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Susan Hargraves, as administratrix, etc., against the Wickwire Steel Company. No opinion. Judgment and order affirmed with costs.

HARRIS, Respondent, v. McCABE, Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Benjamin A. Harris against Elizabeth McCabe. No opinion. Judgment unanimously affirmed, with costs.

HART v. CORT (two cases). (Supreme Court, Appellate Division, First Department. January 15, 1915.) Actions by Thomas R. Hart against John Cort. No opinion. Motions denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 4.

HART, Respondent, v. McKEEVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Iva May Hart against William E. McKeever.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., dissents.

HARTNETT, Respondent, v. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN, Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Bridget Hartnett against the Brotherhood of Locomotive Firemen and Enginemen. No opinion. Judgment unanimously affirmed, with costs.

HATCH, Appellant, v. BUFFALO, L. & R. R. CO., et al. Respondents. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Eugene L. Hatch against the Buffalo, Lockport & Rochester Railroad Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HATCH, Respondent, v. NEW YORK STATE RYS., ROCHESTER LINES, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Eugene L. Hatch against the New York State Railways, Rochester Lines, impleaded with others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HAYES, Appellant, v. AMERICAN BRIDGE CO., Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by George S. Hayes against the American Bridge Company. R. M. Frink, of New York City, for appellant. W. W. Corlett, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEINZER v. KLYBERG et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Frederick W. Heinzer against Bernard J. Klyberg and others. No opinion. Application denied, with $10 costs.